NOTICE OF MOTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC # 21

BEN SONG
USPS Clerk
_____,

Plaintiff,

-against-

John E. Potter
Postmaster General, USPS New York metro,

Defendants.

NOTICE OF MOTION

05 Civ. 8132 (LAK)(THK)
06 Civ. 904 (LAK)(THK)

**MEMO ENDORSED**

SIRS:

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of __BEN SONG__, sworn to or affirmed __07/11__, 20__07__ and upon the complaint herein, plaintiff will move this Court, __LEWIS A. KAPLAN__, U.S.D.J., in room __12D__, United States Courthouse, New York, New York 10007, on the ____ day of _____, 20___, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to rule _____ of the Federal Rules of Civil Procedure granting:

I want to have a motion to compel the defendant to present the necessary documents to me or to this Court (if the documents is confidential to me). Such documents includes ① The W-2 forms or PS Form 1223-B of the clerks in Long Beach post office, or any kind annual statistical information about the wage, work hours, overtime of work of every clerk in LBPO from 1997 to 2005. ② All the 3971 forms or disciplinary letters issued by Mr. Olean Prekopa to clerks in LBPO when Mr. G. Prekopa was a delivery supervisor in LBPO.

Dated: 07/11/2007

Ben Song / Ben [signature]
Plaintiff Pro Se

99-30 59 ave apt 22
Address

Rego Park, NY 11368
City, State, Zip Code

718 271 0357
Phone Number

Motion denied. It was filed untimely, after discovery had been completed. Moreover, it raises issues previously addressed by the Court, is overbroad, and seeks information which has little or no relevance to plaintiff's claims.

**SO ORDERED**

1/17/08  [signature]
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

MEMO ENDORSED

PRO SE OFFICE

COPIES MAILED
TO COUNSEL OF RECORD ON 1/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BEN SONG
USPS Clerk,

        Plaintiff,

-against-

John E. Potter,
Postmaster general, USPS New York metro

        Defendants.
----------------------------------------X

AFFIDAVIT/AFFIRMATION

05 Civ. 8132 (LAK) (THK)
06 Civ 904 (LAK) (THK)

STATE OF NEW YORK   )
COUNTY OF           ) SS.:

    I, BEN SONG, [being duly sworn] deposes and says [or: makes the following affirmation under the penalties of perjury]:

    I, BEN SONG, am plaintiff in the above entitled action, and respectfully move this Court to issue an order to compel the defendant to present the necessary documents to me or to court. The reason why I am entitled to the relief I seek is the following: Such documents include (1) the W-2 forms or the earnings statements (PS form 1223-B) or any kind annual statistical information about wage, workhours, overtime work hours of each clerk (winter in attendance) in Long Beach Post office (LBPO) from 1997 to 2005 (2) the PS 3917 forms or disciplinary issues, issues by Mr G. Prokopa to the clerks in LBPO, when Mr G. Prokopa was a delivery supervision in LBPO. because these documents are the necessary evidences to support my complain and will be used in my further motion or the response to the defendants motion. (The detail explaination is in my attached paper "the reason for this motion".

    WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief and may be just and proper.

Sworn to before me this
day of 07/11, 20 07

                                          print your name

-----------------------------------------------------

OR: I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/11/2007

                                          Ben Song
                                          print your name

The reason for this motion                    07/11/2007   by BZN SrG

In this motion, I request a court motion to compel the defendant to present the necessary documents to me, or to this court if the documents is confidential to me now. Such documents includes ① The W-2 forms, or the earnings statements (PS form 1223-B), or any kind annual statistical information about wage, work hours, overtime work hours of each clerk in Long Beach post office (LBPO) from 1997 to 2005 ② the PS 3971 form or disciplinal issues (related to attendance) issued by Mr G Prekopa to clerks in LBPO, when Mr. G Prekopa was a deliver supervisor in LBPO. In the affirmation of the motion I said these documents are the necessary evidences to support my complain and will be used in my further motion, or the response to the defendant's motion. Now I am explaining the reason:

In the attached paper "Appellant's brief to EEOC by Ms. Dawei Jongsun, ESQ on 10/01/2004, for case 05 CV 8142, Ms D Jongsun (attorney) "being assigned less work hours" "appellant was again treated differently by supervisor Mr G Prekopa ..... supervisor Mr G Prekopa demanded appellant to fill out a form 3971 to report his lateness ..... supervisor Mr G Prekopa insisted on his unreasonable order. No other clerks was required by supervisor Glenn except appellant" ........ as the fact of discrimination and retaliation from LBPO to me.

In the attached paper "general facts of discrimination and retaliation from 1997 to 2001" to the motion of consolidate two case in one on 04/28/2006. I complain the facts of discrimination and retaliation from LBPO to me. It includes fact ⑥ (on page 1) and fact ① (on page ) to (related to Form 3971)
(related to wage or work hours)
So the W-2 form and PS 3971 are the basic evidences for my complain. Then In my paper "Plaintiff's first set of interrogatories and Requests

1 of 3

for documents" on 12/05/2006. I requested every clerk's W-2 form and Tax statements of LBPO or the annual statistical information of overtime or V time working hours of every clerk of LBPO from 1997 to 2006. and the form 3971 (PS) related to attendance issues by M G Prokopa when he worked in LBPO as carrier supervisor and the other documents.

All of those reasonal requests was objected by defendant by the defendant's letter to me on 03/08/2007

on 03/28/2007 For my discovery right. I wrote a letter to Judge Katz. I asked Judge Katz to help me to get some information from defendant. I requested again I need the annual statistical information of overtime or V time work hours of every clerks in LBPO from 1997 to 2006 and W-2 Wage form of every clerks from 1997 to 2006. also I asked the 3971 forms or disciplinal issues issued by Mr. G Prokopa to the clerks in LBPO. When Mr G Prokopa was a deliver supervisor in LBPO. I sent the copy of this letter to defendant too. In response letter from defendant on 04/06/2007. Mr. M L Schwartz said "the government initially objected to these document ...... We continue to object to any request for W-2 forms to all postal clerks. such information is private, and totally irrelevant to Mr. Sng's claims. Which do not concern his salary." Here. Mr Schwartz's sentence is totally wrong. because In case 05 CIV 8132 and the motion of consolidation I claimed the facts of discrimination and Retaliation from LBPO to me that include my salary on Form 3971.

I also write a letter to Judge Katz on 05/17/2007. I reported 80% of the papers as the requested documents from defendant in the duplicate papers. and Mr. Schwartz played a very bad game to me and to this court. He did not send any piece of documents of annual statistical information about work hours or wage, insisted. He send me more than 4000 pieces of day by day data of work hours. We can not get right information from these papers to judge the LBPO if they did

2 of 3

discrimination and retaliation in my salary or work hours. Without the original form 3971 or disciplinary issues related to attendance issued by Mr. G prekopa to the other clerks in LIBPO, We also can not judge the issue of a Form 3971 or the letter of Warren from Mr. G prekopa to me is a fact of discrimination and retaliation to me or not.

From the reasons above. I make this motion.  /Ben Sy/

~~~ end ~~~

BEN SONG on 07/11/2007
99-30. 59 Ave, apt 22 Rgo Pk
NY 11368.

P.S. ① a sample of Earnings statement (PS Form 1223-B)
this form had the information of work hours, O/T time, and the Wage. It's easy to compare each other. Every year we get 26 Forms.

② a sample of the taxes that the defendant sent to me. it is so complicated to compare each other.

3 of 3.

PS (1)

**EARNINGS STATEMENT** — PS FORM 1223-B, JUNE 1985

PAYLOC: 400 | 35-4820 | B | EMPLOYEE NAME: SONG | EMPLOYEE ID: 01696777 | PAY PERIOD: 02 07 | SERIAL NUMBER: 24816388

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | P 05 | 46290 | 110 | W | 3200 | 71215 |
| 2 | P 05 | 46290 | 110 | O | 266 | 8880 |
| 2 | P 05 | 46290 | 110 | N | 14 | 21 |
| 1 | P 05 | 46290 | 110 | V | 114 | 5074 |
| 1 | P 05 | 46290 | 110 | W | 4000 | 89019 |
| 1 | P 05 | 46290 | 110 | O | 545 | 18193 |
| 1 | P 05 | 46290 | 110 | N | 71 | 107 |
| 1 | | | | L | 800 | 17804 |

FLSA 4659

### GROSS TO NET

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 210313 | 406992 |
| FED TAXM3 | 15812 | 29747 |
| STTAXNYM03 | 9039 | 17221 |
| RETIRE 8 | 1424 | 2848 |
| MEDICARE | 2950 | 5718 |
| UN W | 2067 | 4134 |
| IN8D0 | 600 | 1200 |
| HP515 | 6870 | 12618 |
| TSP | 8902 | 17804 |
| SOSEC | 12613 | 24451 |

NET PAY  1500.36

### LEAVE STATUS

**ANNUAL LEAVE**
- FROM PREV YR: 34926
- EARNED THIS YR: 600
- BAL: 35526
- USED THIS YR / PP:
- BALANCE: 50926

**SICK LEAVE**
- FROM PREV YR: 17684
- EARNED THIS YR: 400
- USED THIS YR / PP:
- BALANCE: 18084

LEAVE WITHOUT PAY
THIS PP:
CUMULATIVE:
BOND UNAPPL BAL #ISSUED
EE
I

USPS RETIREMENT  2555.97


**UNITED STATES POSTAL SERVICE ®**

| Report: | TAC500R3 v1.4 | | User ID: | KY27T0 |
|---|---|---|---|---|
| YrPPWk: | 2004-04-2 to 2007-04-2 | Restricted USPS T&A Information | Date: | 02/22/07 |
| Fin. #: | 35-4820 | LONG BEACH NY | Time: | 12:39 PM |
| | | Employee Everything Report | Page: | 24 |

YrPPWk: 2004-04-2     Weekly
Sub-Unit: 0000

| Pay Loc/Fin. Unit | 400 / 0000 | | Variable EAS | N | Annual Lv Bal. | 523.72 | FMLA Hrs | 1685.60 |
|---|---|---|---|---|---|---|---|---|
| Employee ID | XXX-XX-8387 | | Borrowed | N | Sick Lv Bal. | 128.00 | FMLA Used | 00.00 |
| Employee Name | SONG | B | Auto H/L | N | LWOP Lv Bal. | 00.00 | SLDC Used | 00.00 |

| Job | D/A | LDC | Oper/Lu | RSC | Lvl | FLSA | Route # | Fin. # | Loaned Fin. # | Effective Start | Effective End | Begin Tour | End Tour | Lunch Amt. | 1261 Ind. | Schedule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base | 11-0 | 4800 | 5440-00 | P0 | 05 | N | 000000 | 35-4820 | | 2004-04-2 | 2004-04-2 | 08.50 | 17.50 | 1.00 | N | S-MT-TF |

**Processed Clock Rings**

Saturday
    Base            05200: 008.29    05300: 000.29
    EBR #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 031-0101 | BT | 01/31 | 08.35 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | (W)NonScheduled Begin Tour |
| 000-0000 | OT | 01/31 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.29 | XXX-XX-5264 | 02/02 | 06.57 |
| 031-0101 | OL | 01/31 | 12.95 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | IL | 01/31 | 13.81 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | ET | 01/31 | 17.50 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |

Monday
    Base            05200: 008.28    05300: 000.28
    EBR #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000-0000 | OT | 02/02 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.28 | XXX-XX-5264 | 02/03 | 06.77 |
| 031-0101 | BT | 02/02 | 08.50 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | OL | 02/02 | 12.50 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | IL | 02/02 | 13.50 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | ET | 02/02 | 17.78 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | (W)NonScheduled End Tour |

Tuesday
    Base            05200: 008.10    05300: 000.10
    EBR #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 031-0101 | BT | 02/03 | 08.48 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 000-0000 | OT | 02/03 | 08.50 | 35-4820 | 5440-00 | 000000 | 00.10 | XXX-XX-5264 | 02/04 | 06.70 |
| 031-0101 | OL | 02/03 | 12.67 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | IL | 02/03 | 13.69 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | ET | 02/03 | 17.60 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | (W)NonScheduled End Tour |

Thursday
    Base            05200: 008.00
    EBR #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 031-0101 | BT | 02/05 | 08.51 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | OL | 02/05 | 12.75 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | IL | 02/05 | 13.76 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |
| 031-0101 | ET | 02/05 | 17.57 | 35-4820 | 5440-00 | 000000 | | _/_ | 00.00 | |

GOV4291

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BEN SONG
USPS Clerk

-against-

John E. Potter
Postmaster General
USPS New York area
_____X

**AFFIRMATION OF SERVICE**

05 Civ. 8132 (LAK)(THK)
06 Civ. 904 (LAK)(THK)

I, _____BEN SONG_____, declare under penalty of perjury that I have served a copy of the attached _the notice of motion to compel._

upon _US assistance attorney Mr. M L. Schwartz (Southern District)_
whose address is _86 Chambers, 3rd FL_
_New York, New York 10007_

DATED: _07/11/2007_, New York

_____, 2007

Signature: _Ben Song_

Address: _99-30 59 ave apt 2I_
_Rego Park, NY 11368_
City, State & Zip Code